J 66

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wolodymyr M. Starosolsky,

Plaintiff,

vs.

Civil File No. 00-2760MJD/JGL

Veritec, Inc., a Nevada corporation; Van Thuy Tran, an individual; Jack E. Dahl, an individual; Larry Matthews, an individual; Helen L. Laib, an individual; Steven Holtze, an individual; Larry Johannes, an individual, and The Matthews Group, LLC, a Minnesota limited liability Company,

Defendants.

RECEIVED
AUG 26 2003
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

STIPULATION AND APPLICATION

This Stipulation and Application is made this 25th day of August, 2003, by and among the Plaintiff and the Defendants by and through their undersigned counsel.

**RECITALS**

A. The United States District Court, by the Honorable Johathan G. Lebedoff, Chief Magistrate Judge, entered a scheduling order in the above-captioned matter, providing for the close of the discovery period on August 30, 2003.

B. The parties have diligently engaged in discovery to-date, but have been unable to complete discovery.

C. The parties desire to extend the discovery period in order to complete discovery.

D. The parties make this Stipulation in order to achieve the foregoing objectives.

**It is therefore agreed that:**

FILED AUG 27 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

1. **Modification of the Discovery Deadline.** The parties stipulate and agree that the discovery deadline in this case may be modified and extended until November 15, 2003.

2. **Other Deadlines.** The parties intend to bring motions and stipulate and agree that the deadlines for the bringing of motions shall be adjusted accordingly.

**APPLICATION**

The parties hereby apply, through their undersigned counsel, to the United States District Court, by the Honorable Jonathan G. Lebedoff, Chief Magistrate Judge, for an order approving the foregoing Stipulation and for the entry of an order modifying the deadlines previously established in this case in accordance with the foregoing Stipulation.

Respectfully submitted,

**Joseph W. Dicker, P.A.**

Dated: 8/22/03

Joseph W. Dicker (158264)
Suite 208
1406 West Lake Street
Minneapolis, MN 55408
Telephone: (612) 827-5941
**Attorney for Plaintiff**

**Leonard, Street & Deinard**

Dated: 8/26/03

David R. Crosby ( 237693 )
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
**Attorneys for Defendants**

Dated: Aug. 27, 2003

SO ORDERED.

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge