**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Wolodymyr M. Starosolsky,

Plaintiff,

vs. Civil File No. 00-2760MJD/JGL

Veritec, Inc., a Nevada corporation; Van Thuy Tran, an individual; Jack E. Dahl, an individual; Larry Matthews, an individual; Helen L. Laib, an individual; Steven Holtze, an individual; Larry Johannes, an individual, and The Matthews Group, LLC, a Minnesota limited liability Company,

Defendants.

STIPULATION AND APPLICATION

This Stipulation and Application is made this 13th day of November, 2003, by and among the Plaintiff and the Defendants by and through their undersigned counsel.

**RECITALS**

A. The United States District Court, by the Honorable Johathan G. Lebedoff, Chief Magistrate Judge, entered a modified scheduling order in the above-captioned matter pursuant to the parties' previous Stipulation and Application, providing for the close of the discovery period on November 15, 2003.

B. The parties have diligently engaged in discovery to-date, but have been unable to complete discovery.

C. The parties desire to further extend the discovery period in order to complete discovery.

D. The parties make this Stipulation in order to achieve the foregoing objectives.

FILED NOV 14 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**It is therefore agreed that:**

1. **Modification of the Discovery Deadline.** The parties stipulate and agree that the discovery deadline in this case may be modified and extended until January 30, 2004.

2. **Other Deadlines.** The parties intend to bring motions and stipulate and agree that the deadlines for the bringing of motions shall be adjusted accordingly.

**APPLICATION**

The parties hereby apply, through their undersigned counsel, to the United States District Court, by the Honorable Jonathan G. Lebedoff, Chief Magistrate Judge, for an order approving the foregoing Stipulation and for the entry of an order modifying the deadlines previously established in this case in accordance with the foregoing Stipulation.

Respectfully submitted,

Dated: 13 Nov 2003

**Joseph W. Dicker, P.A.**

Joseph W. Dicker (158264)
Suite 208
1406 West Lake Street
Minneapolis, MN 55408
Telephone: (612) 827-5941
**Attorney for Plaintiff**

Dated: Nov 12, 2003

**Leonard, Street & Deinard**

David R. Crosby (237693)
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
**Attorneys for Defendants**

**ORDER**

This matter came on before the Honorable Jonathan G. Lebedoff, Chief Magistrate Judge of the United States District Court upon the above Stipulation and Application for an Order extending the discovery deadline and adjusting all other deadlines accordingly.

Now therefore, the above Stipulation and Application is hereby approved and the discovery deadline is hereby extended until January 30, 2004, and all other deadlines in the extant scheduling order shall be adjusted accordingly and a revised scheduling order shall be prepared at the convenience of the court staff.

BY THE COURT:

Dated:) Nov 13, 2003

Honorable Jonathan G. Lebedoff
Chief Magistrate Judge

For Immediate Release
October 30, 2003

# PRESS RELEASE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
300 South Fourth Street, Suite 202, Minneapolis, Minnesota
Contact: Richard D. Sletten, Clerk, (612) 664-5026

## FEDERAL COURT AMENDS LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the approval, of amendments to its local rules of practice recommended by the Court's Federal Practice Committee chaired by Minneapolis Attorney Jeff Keyes of the Briggs and Morgan law firm.

Local Rules 67.1 and 83.11 amendments:

### LR 67.1 MONEY PAID INTO COURT

Unless otherwise ordered by the Court, all monies coming into the registry of this Court shall be deposited in an interest bearing account in a depository approved by the Treasurer of the United States, subject to withdrawl by checks drawn by the Clerk of Court pursuant to orders of the Court. The Clerk of Court shall deduct from the income earned on the investment a registry fee, as set by the Director of the Administrative Office of the United States Courts. The fee will be deducted when funds are withdrawn and distributed. For further registry fee information, refer to the Guide to Judiciary Policy and Procedures Chapter VII, Financial Management, Part I, Registry Funds.

### LR 83.11 DIVISIONS, OFFICES OF THE CLERK, CALENDARS

(a) Divisions. The State of Minnesota constitutes one judicial district, divided into six divisions. Cases in this District are assigned to particular divisions and particular judges pursuant to the Order for Assignment of Cases that has been adopted by the Judges of the District Court. The Order for Assignment of Cases may be modified from time to time as the District Court Judges see fit.

(b) Offices of the Clerk. The Clerk of Court maintains offices in St. Paul, Minneapolis, and Duluth. The St. Paul, Minneapolis and Duluth offices are open from 8:00 a.m. to 5:00 p.m. All offices are open Monday through Friday, with the following exceptions: New Year's Day; Martin Luther King, Jr.'s Birthday; President's Day; Memorial Day; Independence Day; Labor Day; Columbus Day; Veterans Day; Thanksgiving Day; and Christmas Day.

The files for matters pending before the Court are maintained in the office in the division to which the case is assigned. However, papers relative to any case may be filed in any office.

(c) Calendars. The Court operates on an individual calendar system. Judges in active service are assigned and assume responsibility for their proportionate share of the total cases filed in the district. Inquiries as to motions, probable trial date, or other matters having to do with a particular case may be addressed to the deputy clerk serving as calendar clerk for the Judge to whom the case has been assigned.