**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Wolodymyr M. Starosolsky,

Plaintiff,

vs. Civil File No. 00-2760MJD/JGL

Veritec, Inc., a Nevada corporation; Van Thuy Tran, an individual; Jack E. Dahl, an individual; Larry Matthews, an individual; Helen L. Laib, an individual; Steven Holtze, an individual; Larry Johannes, an individual, and The Matthews Group, LLC, a Minnesota limited liability Company,

Defendants.

STIPULATION AND APPLICATION

This Stipulation and Application is made this 28th day of January, 2004, by and among the Plaintiff and the Defendants by and through their undersigned counsel.

**RECITALS**

A. The United States District Court, by the Honorable Johathan G. Lebedoff, Chief Magistrate Judge, entered a modified scheduling order in the above-captioned matter pursuant to the parties' previous Stipulation and Application, providing for the close of the discovery period on January 30, 2004.

B. The parties have diligently engaged in discovery to-date, but have been unable to complete discovery.

C. The parties desire to further extend the discovery period in order to complete discovery.

D. The parties make this Stipulation in order to achieve the foregoing objectives.

FILED JAN 29 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**It is therefore agreed that:**

1. **Modification of the Discovery Deadline.** The parties stipulate and agree that the discovery deadline in this case may be modified and extended until March 31, 2004.

2. **Other Deadlines.** The parties intend to bring motions and stipulate and agree that the deadlines for the bringing of motions shall be adjusted accordingly.

## APPLICATION

The parties hereby apply, through their undersigned counsel, to the United States District Court, by the Honorable Jonathan G. Lebedoff, Chief Magistrate Judge, for an order approving the foregoing Stipulation and for the entry of an order modifying the deadlines previously established in this case in accordance with the foregoing Stipulation.

Respectfully submitted,

Dated: 1/28/04

**Joseph W. Dicker, P.A.**

Joseph W. Dicker (158264)
403A St. Anthony Main
219 SE Main Street
Minneapolis, MN 55414
Telephone: (612) 617-7745
**Attorney for Plaintiff**

Dated: 1/28/04

**Leonard, Street and Deinard, P.A.**

David R. Crosby (237693)
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
**Attorneys for Defendants**

**ORDER**

This matter came on before the Honorable Jonathan G. Lebedoff, Chief Magistrate Judge of the United States District Court upon the above Stipulation and Application for an Order extending the discovery deadline and adjusting all other deadlines accordingly.

Now therefore, the above Stipulation and Application is hereby approved and the discovery deadline is hereby extended until March 31, 2004, and all other deadlines in the extant scheduling order shall be adjusted accordingly and a revised scheduling order shall be prepared at the convenience of the court staff.

BY THE COURT:

Dated: Jan 29, 2004

Honorable Jonathan G. Lebedoff
Chief Magistrate Judge