**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Wolodymyr M. Starosolsky,

Plaintiff,

vs. Civil File No. 00-2760MJD/JGL

Veritec, Inc., a Nevada corporation; Van Thuy Tran, an individual; Jack E. Dahl, an individual; Larry Matthews, an individual; Helen L. Laib, an individual; Steven Holtze, an individual; Larry Johannes, an individual, and The Matthews Group, LLC, a Minnesota limited liability Company,

Defendants.

---

STIPULATION AND APPLICATION

FOR MODIFICATION OF THE SCHEDULING ORDER

---

This Stipulation and Application is made this 15th day of February, 2005, by and among the Plaintiff and the Defendants, by and through their undersigned counsel.

**R E C I T A L S**

A. The United States District Court, by the Honorable Jonathan G. Lebedoff, Chief Magistrate Judge, entered a scheduling order in the above-captioned matter pursuant to the parties' previous Stipulation and Application. The scheduling order contemplated that the parties would submit a further stipulation for a final scheduling order setting motion deadlines.

B. Prior to the date hereof, the parties have not submitted said stipulation.

C. The parties are not "trial ready."

D. The parties believe that some or all of the issues raised in the proceedings herein may be amenable to summary judgment or partial summary judgment; and the parties intend to serve and file such motions.

E. The parties further believe that it would be improvident to conduct a pre-trial settlement conference on February 24, 2005, as currently scheduled, or to conduct a trial on April 6, 2005, as currently scheduled.

F. The parties desire to establish deadlines for the service and filing of motions, and establish a trial ready date and as to otherwise modify the scheduling orders.

G. The parties make this Stipulation and Application in order to achieve the foregoing objectives.

**It is therefore agreed that:**

**1. Modification of the Scheduling Order.** The parties stipulate and agree that it is in their mutual best interests, and the interests of justice, to modify the scheduling order in the above-captioned case as follows: (1) establish a deadline for the service and filing of motions, including motions relating to discovery, and dispositive motions, for June 30, 2005; (2) establishing that this matter be considered trial ready by August 15, 2005; (3) establishing a date for settlement conference, trial date, and related matters at the court's convenience after August 15, 2005.

**2. Joint Application.** The parties hereby jointly apply, through their undersigned counsel, to the United States District Court, by the Honorable Jonathan G. Lebedoff, Chief Magistrate Judge, for an order approving the foregoing Stipulation and modifying the scheduling orders in this case in accordance with the foregoing Stipulation.

Respectfully submitted,

**Joseph W. Dicker, P.A.**

Dated: February 15, 2005

s/ Joseph W. Dicker

Joseph W. Dicker (158264)
Suite 208
1406 West Lake Street
Minneapolis, MN 55408
Telephone: (612) 827-5941
**Attorney for Plaintiff**

**Leonard, Street and Deinard, P.A.**

Dated: February 15, 2005

s/ David R. Crosby

David R. Crosby (237693)
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
**Attorneys for Defendants**