**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Wolodymyr M. Starosolsky,

Plaintiff,

vs.

Civil File No. 00-2760MJD/JGL

Veritec, Inc., a Nevada corporation; Van Thuy Tran, an individual; Jack E. Dahl, an individual; Larry Matthews, an individual; Helen L. Laib, an individual; Steven Holtze, an individual; Larry Johannes, an individual, and The Matthews Group, LLC, a Minnesota limited liability Company,

Defendants.

**NOTICE OF APPEARANCE**

---

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that David R. Crosby, shall appear as counsel of record for Defendants Veritec, Inc., Van Thuy Tran, Larry Matthews, Matthews Group LLC, Helen L. Laib, and Larry Johannes in this case.

LEONARD, STREET AND DEINARD

Dated: February 16, 2005

s/ David R. Crosby

David R. Crosby (# 237693)
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500

*Attorneys for Defendants Veritec, Inc., Van Thuy Tran, Larry Matthews, Matthews Group LLC, Helen L. Laib, and Larry Johannes*