**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Wolodymyr M. Starosolsky,

Plaintiff,

vs. Civil File No. 00-2760 (MJD/JGL)

Veritec, Inc., a Nevada corporation; Van Thuy Tran, an individual; Jack E. Dahl, an individual; Larry Matthews, an individual; Helen L. Laib, an individual; Steven Holtze, an individual; Larry Johannes, an individual, and The Matthews Group, LLC, a Minnesota limited liability Company,

Defendants.

---

ORDER MODIFYING SCHEDULING ORDER

---

This matter came on before the Honorable Jonathan G. Lebedoff, Chief Magistrate Judge of the United States District Court upon the above Stipulation and Application for an Order modifying the scheduling order in these proceedings.

Now therefore, the above Stipulation and Application (Doc. #49) is hereby approved and the deadline for serving and filing motions is hereby set for June 30, 2005, and this matter shall be "trial ready" by August 15, 2005. The court shall establish a date for settlement conference and trial after August 15, 2005.

BY THE COURT:

Dated: February 16, 2005

s/Jonathan Lebedoff
Jonathan Lebedoff
Chief Magistrate Judge