LEONARD
STREET
AND
DEINARD

150 SOUTH FIFTH STREET SUITE 2300
MINNEAPOLIS, MINNESOTA 55402
612-335-1500 MAIN
612-335-1657 FAX

March 28, 2005

David R. Crosby
612-335-1627
david.crosby@leonard.com

United States Magistrate Judge Jonathan Lebedoff
United States District Court
U.S. Courthouse, Room 9E
300 South Fourth Street
Minneapolis, MN 55415

**Re: Starosolsky v. Veritec, Inc., et al.**
**Civil File No. 00-2760 MJD/JGL**

Dear Magistrate Judge Lebedoff:

Please be advised that Defendant Veritec, Inc., has filed a bankruptcy petition in the United States Bankruptcy Court for the District of Minnesota, File No. 05-41161. (A copy of the Voluntary Petition and Exhibit A thereto is attached.) Under the Bankruptcy Code's automatic stay provision (11 U.S.C. § 362), the above-referenced litigation is stayed.

Very truly yours,

LEONARD, STREET AND DEINARD

s/ David R. Crosby
By
David R. Crosby

DRC:mab
Enclosure

cc: Joseph W. Dicker, Esq. (w/ enc.)

(Official Form 1) (12/03)

FORM B1

# United States Bankruptcy Court
## District of Minnesota

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **VERITEC INC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **95-3954373** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **2445 WINNETKA AVE N<br>SUITE 201<br>GOLDEN VALLEY, MN 55427** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: **Hennepin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor (if different from street address above): **2445 WINNETKA AVE N SUITE 201 GOLDEN VALLEY, MN 55427**

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

- [ ] Individual(s)
- [x] Corporation
- [ ] Partnership
- [ ] Other ____________
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 13
- [ ] Chapter 9
- [ ] Chapter 12
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

- [ ] Consumer/Non-Business
- [x] Business

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)

THIS SPACE IS FOR COURT USE ONLY

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |



© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

(Official Form 1) (12/03) FORM B1, Page 2

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**VERITEC INC**

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________
Signature of Debtor

X ______________________
Signature of Joint Debtor

**(763) 253-2670**
Telephone Number (If not represented by attorney)

______________________
Date

**Signature of Attorney**

X ***/s/ Matthew R Burton***
Signature of Attorney for Debtor(s)

**Matthew R Burton 210018**
Printed Name of Attorney for Debtor(s)

**LEONARD O'BRIEN SPENCER GALE & SAYRE LTD**
Firm Name

**100 S 5TH ST STE 2500**
Address

**MINNEAPOLIS, MN 55402**

**(612) 332-1030**
Telephone Number

**February 28, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ***/s/ VAN TRAN***
Signature of Authorized Individual

**VAN TRAN**
Printed Name of Authorized Individual

**CHIEF EXECUTIVE OFFICER**
Title of Authorized Individual

**February 28, 2005**
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☑ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X ______________________
Signature of Attorney for Debtor(s) Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

______________________
Printed Name of Bankruptcy Petition Preparer

______________________
Social Security Number (Required by 11 U.S.C. § 110(c).)

______________________
Address

______________________

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X ______________________
Signature of Bankruptcy Petition Preparer

______________________
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Minnesota**

**IN RE:** Case No. ______________

**VERITEC INC** Chapter **11**

Debtor(s)

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **0-15113**.

2. The following financial data is the latest available information and refers to debtor's condition on **February 28, 2005**.

| | | Approximate Number of Holders |
|---|---|---|
| a. Total assets | $ **1,662,752.00** | |
| b. Total debts (including debts listed in 2.c., below) | $ **10,227,311.38** | |
| c. Debt securities held by more than 500 holders. | | |
| secured / / unsecured / / subordinated / / | $ | |
| secured / / unsecured / / subordinated / / | $ | |
| secured / / unsecured / / subordinated / / | $ | |
| secured / / unsecured / / subordinated / / | $ | |
| secured / / unsecured / / subordinated / / | $ | |
| d. Number of shares of preferred stock | **1,000** | **1** |
| e. Number of shares of common stock | **15,039,598** | **841** |

Comments, if any:

**Stock traded as VRTC.OB**

3. Brief description of debtor's business:

**Secure identification and verification solutions**

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

**CEDE & CO., J. TECHNOLOGIES LLC, LAWRENCE J. JOHANS, THE MATTHEWS GROUP LCC, VAN THUY TRAN**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Minnesota**

**IN RE:** Case No. ______

VERITEC INC Chapter 11
Debtor(s)

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, VAN TRAN, declare under penalty of perjury that I am the CHIEF EXECUTIVE OFFICER of VERITEC INC, a Minnesota corporation and that on ______ the following resolution was duly adopted by the Board of Directors of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that VAN TRAN, President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Therefore Resolved, that VAN TRAN, President of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that VAN TRAN, President of this corporation, is authorized and directed to employ Matthew R Burton attorney and the law firm of LEONARD O'BRIEN SPENCER GA ______ to represent the corporation in such bankruptcy case."

Executed on: February 28, 2005 */s/ VAN TRAN*

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Minnesota**

**IN RE:** Case No. ____________

**VERITEC INC** Chapter **11**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Rule 1007(d) for filing in this Chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency placed the creditor among the holders of the 20 largest unsecured claims.

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **MITSUBISHI CORPORATION**<br>**6-3 MARUOUCHI 2-CHOME**<br>**CHLYODA-KU**<br>**TOKYO 100-86 JAPAN,** | **STEVEN L SMITH**<br>**O'MELVENY & MYERS**<br>**275 BATTERY ST**<br>**SAN FRANCISCO, CA 94111**<br>**STEVEN L. SMITH**<br>**(415) 984-8700** | | **Unliquidated**<br>**Disputed**<br>**Subject to Setoff** | **8,174,512.**<br>**91** |
| **FROST BROWN TODD LLC**<br>**400 W MARKET ST**<br>**32ND FLR**<br>**LOUISVILLE, KY 40202** | **BRUCE BAIRD**<br>**(502) 568-0228** | | **Disputed** | **1,054,337.35** |
| **THE MATTHEWS GROUP**<br>**1430 ORKLA DR**<br>**GOLDEN VALLEY, MN 55427** | **Van Tran**<br>**(763) 253-2670** | | | **340,000.00** |
| **QUINN EMANUEL URQUHART OLIVER ET AL**<br>**865 S FIGUEROA ST 10TH FLR**<br>**LOS ANGELES, CA 90017** | **JAMES DOROSHOW**<br>**(213) 443-3000** | | | **310,845.84** |
| **RISONA BANK**<br>**1-30**<br>**TOYOTSU-CHO**<br>**SUITA JAPAN, 564-0051** | | | | **201,698.00** |
| **KAGAN BINDER PLLC**<br>**221 MAIN ST N**<br>**STE 200**<br>**STILLWATER, MN 55082** | **MARY BINDER**<br>**(651) 275-9805** | | | **27,643.66** |
| **LURIE BESIKOF LAPIDUS ET AL**<br>**2501 WAYZATA BLVD**<br>**MINNEAPOLIS, MN 55405** | **HOWARD WIHENGKU**<br>**(612) 377-4404** | | | **22,585.00** |
| **CALLAHAN JOHNSON & ASSOCS**<br>**7400 LYNDALE AVE S**<br>**STE 140**<br>**RICHFIELD, MN 55423** | **SCOTT CALLAHAN**<br>**(612) 861-5824** | | | **18,226.25** |
| **LEONARD STREET DIENARD**<br>**150 S 5TH ST**<br>**STE 2300**<br>**MINNEAPOLIS, MN 55402** | **AL WOODWARD**<br>**(612) 335-1500** | | | **13,966.95** |
| **LEGALLINK SAN FRANCISCO**<br>**601 VAN NESS AVE**<br>**STE 2052**<br>**SAN FRANCISCO, CA 94102** | **(866) 485-4545** | | | **13,742.72** |
| **US BANK**<br>**PO BOX 790408**<br>**ST LOUIS, MO 63179** | **(866) 485-4545** | | | **8,644.10** |
| **BILL NEWFIELD**<br>**15423 BOULDER CRK DR**<br>**MINNETONKA, MN 55345** | **(952) 934-9135** | | | **7,400.00** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| DR RICHARD BLAHUT<br>1406 W GREEN ST<br>URBANA, IL 61801 | (217) 333-9699 | | 7,000.00 |
| INCORP SERVICES INC<br>3675 PECOS MCLEOD<br>STE 1400<br>LAS VEGAS, NV 89121 | Pat Bread<br>(702) 866-2500 | | 5,475.00 |
| UNIVESITY OF ILLINOIS FOUNDATION<br>1406 W GREEN ST<br>URBANA, IL 61801 | Per Degeeter<br>(217) 333-8695 | | 5,000.00 |
| SAFENET INC<br>DEPT 0196<br>LOS ANGELES, CA 90084 | (800) 852-8569 | | 2,307.00 |
| ADVANCED TECHNOLOGY SYSTEMS<br>255 E ROSELAWN AVE<br>STE 45<br>ST PAUL, MN 55117 | John (Accounting)<br>(651) 489-6993 | | 2,253.49 |
| SYSTEM STAGE<br>2-4-29<br>HIGASHITSUKAGUCHI-CHO<br>YODOGAWA-KU OSAKA JAPAN, 532-0002 | | Disputed | 1,600.00 |
| MERRILL COMMUNICATIONS<br>CM 9638<br>ST PAUL, MN 55170 | | | 1,545.00 |
| HAND HELD PRODUCTS<br>24004 NETWORK PLACE<br>CHICAGO, IL 66073 | | | 826.45 |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: February 28, 2005 Signature: */s/ VAN TRAN*

VAN TRAN, CHIEF EXECUTIVE OFFICER
(Print Name and Title)