UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-2760 (MJD/JGL)

WOLODYMRY M. STAROSOLSKY,

Plaintiff,

v.

VERITEC, INC., et al.,

Defendants.

**NOTICE OF CANCELLATION OF SETTLEMENT CONFERENCE**

Pursuant to the letter to the Court, dated March 28, 2005, (Doc. 53), advising that a bankruptcy petition has been filed by defendant Veritec, Inc., resulting in an automatic stay of the proceedings, the settlement conference scheduled for July 13, 2005, has been cancelled.

Dated: April 4, 2005

s/Jonathan Lebedoff

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge