**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Wolodymry M. Starosolsky,**

**Plaintiff,**

**v.**

**Veritec, Inc., at al.,**

**Defendants.**

**Civil No. 00-2760 MJD/SRN**

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter.

DATED: August 23, 2005

s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge