# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE

Starosolsky,

Plaintiff,

v.

Veritec, Inc., et al.,

Defendant.

**COURT MINUTES**
Case Number: 00-2760 MJD/AJB

| | |
|---|---|
| Date: | 9/21/06 |
| Time Commenced: | 2:00 p.m. |
| Time Concluded: | 2: 15 p.m. |
| Time in Court: | 15 Minutes |

Telephonic Status Conference held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota.

Pretrial Scheduling Order to be issued.

s/ Kathy Thobe
Judicial Assistant