**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

WOLODYMRY M. STAROSOLSKY, Civil No. 00-2760 ADM/AJB

Plaintiff,

v. **PRETRIAL SCHEDULING ORDER**

VERITEC, INC., ET AL.,

Defendant.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Fact Discovery shall be commenced in time to be completed by April 1, 2007.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before September 21, 2006.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before February 1, 2007.

   b. By Defendant(s) on or before February 1, 2007.

   c. Rebuttal Expert Reports on or before March 1, 2007.

   d. Expert Discovery to be completed on or before April 1, 2007.

4. No more than 25 interrogatories (counted in accordance with Fed.R.Civ.P. 33(a)) shall

be served by either side.

5. No more than 6 depositions, excluding expert witness depositions, shall be taken by either side. Each side shall take no more than 1 expert depositions.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, April 15, 2007.

2. Prior to scheduling any non-dispositive motion, parties are encouraged to consider whether the motion, including motions relating to discovery and scheduling, can be informally resolved through telephone conference with the Magistrate Judge. All non-dispositive motions shall be scheduled, filed and served in compliance with the Electronic Case Filing Procedures for the District of Minnesota and in compliance with Local Rules 7.1, 37.1, and **shall be presented in a form that complies with Local Rule 37.2**.

Dispositive Motions

1. All dispositive motions shall be **served, filed and heard** by the Court by July 1, 2007. (Counsel are advised that they must schedule this hearing by calling Calendar Clerk Deb Halfman, 612-664-5073.)

2. All dispositive motions shall be scheduled, filed and served in compliance with the Electronic Case Filing Procedures for the District of Minnesota and in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on July 1, 2007, or upon resolution of any pending dispositive motions. Each party may call no more than 1 expert witnesses.

Dated: September 21, 2006

s/ Arthur J. Boylan
Arthur J. Boylan
United States Magistrate Judge