**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Wolodymyr M. Starosolsky,

Plaintiff,

vs. Civil File No. 00-2760MJD/JGL

Veritec, Inc., a Nevada corporation;
Van Thuy Tran, an individual; Jack
E. Dahl, an individual; Larry
Matthews, an individual; Helen L.
Laib, an individual; Steven Holtze,
an individual; Larry Johannes,
an individual, and The Matthews Group,
LLC, a Minnesota limited liability
Company,

Defendants.

---

STIPULATION AND APPLICATION

---

This Stipulation and Application is made this 9th day of March, 2007, by and among the Plaintiff and the Defendants by and through their undersigned counsel.

**R E C I T A L S**

A. The United States District Court, by the Honorable Arthur J. Boylan, United States Magistrate Judge, entered a pre-trial scheduling order in the above-captioned matter providing for the close of the discovery period on April 1, 2007.

B. The parties have been unable to complete discovery for several reasons including an unusually heavy trial calendar of the Plaintiff, as well as scheduling conflicts involving the calendars of the attorneys for the Plaintiff and the Defendants.

C. The parties desire to further extend the discovery period in order to complete discovery for an additional 60 days in order to provide additional time for all parties and their counsel.

D. The parties make this Stipulation in good faith in order to achieve the foregoing objectives.

**It is therefore agreed that:**

**1. Modification of the Discovery Deadline.** The parties stipulate and agree that the discovery deadline in this case may be modified and extended until June 1, 2007.

**2. Other Deadlines.** The parties intend to bring motions and stipulate and agree that the deadlines for the bringing of motions shall be adjusted accordingly.

**A P P L I C A T I O N**

The parties hereby apply, through their undersigned counsel, to the United States District Court, by the Honorable Arthur J. Boylan, United States Magistrate Judge, for an order approving the foregoing Stipulation and for the entry of an order modifying the deadlines previously established in this case in accordance with the foregoing Stipulation.

Respectfully submitted,

**Joseph W. Dicker, P.A.**

Dated: March 9, 2007

*/e/ Joseph W. Dicker*
Joseph W. Dicker (158264)
Suite 209
1406 West Lake Street
Minneapolis, MN 55408
Telephone: (612) 827-5941
**Attorney for Plaintiff**

**Leonard, Street and Deinard, P.A.**

Dated: March 9, 2007

*/e/ David R. Crosby*

David R. Crosby (237693)
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
**Attorneys for Defendants**