**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Wolodymyr M. Starosolsky,

Plaintiff,

vs. Civil File No. 00-2760 MJD/AJB

Veritec, Inc., a Nevada corporation; Van Thuy Tran, an individual; Jack E. Dahl, an individual; Larry Matthews, an individual; Helen L. Laib, an individual; Steven Holtze, an individual; Larry Johannes, an individual, and The Matthews Group, LLC, a Minnesota limited liability Company,

Defendants.

ORDER

**ORDER**

This matter came on before the Honorable Arthur J. Boylan, United States Magistrate Judge of the United States District Court upon the above Stipulation and Application for an Order extending the discovery deadline and adjusting all other deadlines accordingly.

Now therefore, the above Stipulation and Application is hereby approved and the discovery deadline is hereby extended until June 1, 2007, and all other deadlines in the extant scheduling order shall be adjusted accordingly and a revised scheduling order shall be prepared at the convenience of the court staff.

BY THE COURT:

Dated: March 9, 2007

_s/ Arthur J. Boylan________
Honorable Arthur J. Boylan
United States Magistrate Judge