**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Wolodymyr M. Starosolsky,<br><br>Plaintiff,<br><br>v.<br><br>Veritec, Inc., Van Thuy Tran, Jack E. Dahl, Larry Matthews, Helen L. Laib, Steven Holtze, Larry Johannes and The Matthews Group, L.L.C.,<br><br>Defendants. | Civil File No. 00-2760 MJD/AJB<br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

---

Defendants Veritec, Inc., Van Thuy Tran, Jack E. Dahl, Larry Matthews, Helen L. Laib, Larry Johannes and The Matthews Group, LLC ("Defendants"), hereby move this Court for an order granting summary judgment for Defendants and dismissing Plaintiff's First Amended and Restated Complaint in its entirety. This motion is made on the grounds that there are no genuine issues as to any material fact and Defendants are entitled to judgment as a matter of law with respect to the federal claims asserted by Plaintiff. Following dismissal of the federal claims that are the basis for the Court's subject-matter jurisdiction over this action, the Court should decline to exercise supplemental jurisdiction over the remaining state-law claims and therefore dismiss those claims without prejudice.

Defendants rely in support of this Motion upon the Memorandum of Law in Support of Defendants' Motion for Summary Judgment and the Affidavit of Van Thuy Tran in Support of Defendants' Motion for Summary Judgment with accompanying

exhibits, filed concurrently herewith, as well as all files, records and proceedings in the above-captioned proceeding.

Dated: May 3, 2007

s/ David R. Crosby

David R. Crosby (# 237693)
LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657

*Attorney for Defendants Veritec, Inc., Van Thuy Tran, Jack E. Dahl, Larry Matthews, Helen L. Laib, Steven Holtze, Larry Johannes and The Matthews Group, L.L.C.*