**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Wolodymyr M. Starosolsky,

Plaintiff,

v.

Veritec, Inc., Van Thuy Tran, Jack E. Dahl, Larry Matthews, Helen L. Laib, Steven Holtze, Larry Johannes and The Matthews Group, L.L.C.,

Defendants.

Civil File No. 00-2760 MJD/AJB

**L.R. 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE**

---

I, David R. Crosby, certify that Defendants' Memorandum of Law in Support of Defendants' Motion for Summary Judgment complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations, but excluding the case caption, table of contents, table of authorities, signature block and certificate of counsel, in the following word count.

I further certify that the above referenced memorandum contains 5,983 words.

Dated: May 3, 2007

s/ David R. Crosby

David R. Crosby (# 237693)
LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657

*Attorney for Defendants Veritec, Inc., Van Thuy Tran, Jack E. Dahl, Larry Matthews, Helen L. Laib, Steven Holtze, Larry Johannes and The Matthews Group, L.L.C.*