**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Wolodymyr M. Starosolsky,

Plaintiff,

v.

Veritec, Inc., Van Thuy Tran, Jack E. Dahl, Larry Matthews, Helen L. Laib, Steven Holtze, Larry Johannes and The Matthews Group, L.L.C.,

Defendants.

Civil File No. 00-2760 MJD/AJB

**AFFIDAVIT OF VAN THUY TRAN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

---

Van Thuy Tran solemnly affirms that:

1. My name is Van Thuy Tran. I am competent to make the statements contained herein and the statements are based on my personal knowledge.

2. I am the Chief Executive Officer of Veritec, Inc. ("Veritec"), and also a member of Veritec's Board of Directors.

3. Veritec was incorporated in Nevada in September of 1982, and is primarily engaged in the development, marketing and sales of a line of microprocessor-based encoding and decoding systems that utilize a patented two-dimensional barcode technology originally invented by the founders of Veritec.

4. Veritec's common stock is traded in the over-the-counter market, and the company is subject to the continuing reporting obligations of the Securities and Exchange Act of 1934, which, among other things, requires the company to file with the SEC

periodic quarterly and annual reports, current reports as to specified matters, and proxy materials.

5. In January 2002, Veritec initiated arbitration in the International Court of Arbitration of the International Chamber of Commerce in Los Angeles, California, against Mitsubishi Corporation ("Mitsubishi"), alleging five causes of action arising out of various contracts and business dealings. Mitsubishi counterclaimed and arbitration between Veritec and Mitsubishi commenced.

6. The arbitration between Veritec and Mitsubishi continued into 2004 with Veritec proceeding on two claims against Mitsubishi (tortuous interference with prospective business opportunities and termination of a licensing agreement), and Mitsubishi proceeding on various claims against Veritec for trade secret misappropriation and copyright infringement based upon the Error Detection and Correction Technology functionality utilized by Veritec, together with assorted breach of contract claims.

7. In February 2005, the arbitration court made an adverse ruling against Veritec and in favor of Mitsubishi resulting in a monetary award of $8,174,518 to Mitsubishi, and enjoining Veritec (and by extension Veritec's customers) from the future use or sale of the Error Detection and Correction Technology.

8. On February 28, 2005, following the adverse ruling in the Mitsubishi arbitration, Veritec filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Minnesota ("Minnesota Bankruptcy Court"), Bankruptcy Petition No. 05-41161.

9. In December 2005, the Minnesota Bankruptcy Court converted Veritec's Chapter 11 proceeding to one under Chapter 7 of the Bankruptcy Code.

10. In February of 2006, Veritec and Mitsubishi entered into a settlement agreement whereby, in exchange for certain consideration, Mitsubishi waived its right to the $8,174,518 arbitration award and granted Veritec a license to use Mitsubishi's Error Detection and Correction Technology.

11. In March of 2006, after Veritec and Mitsubishi entered this settlement agreement, the Minnesota Bankruptcy Court ruled in favor of reconverting Veritec's Minnesota bankruptcy case back to one under Chapter 11. Veritec once again became a "debtor-in-possession" under the jurisdiction of the Minnesota Bankruptcy Court.

12. On April 26, 2006, the Minnesota Bankruptcy Court confirmed Veritec's Third Amended Plan of Reorganization.

13. On August 8, 2006, after resolution of disputed creditor claims, the Minnesota Bankruptcy Court entered a Final Decree closing Veritec's Chapter 11 case in its entirety.

14. In February 2007, Veritec filed a Schedule 14A with the SEC containing proxy materials related to the Annual Meeting of Shareholders scheduled for March of 2007. The proxy statement included with this Schedule 14A contained two proposals for the upcoming shareholders meeting: the election of all three members of the board of directors, and the appointment of an independent audit firm. Veritec distributed the proxy solicitation for the 2007 Annual Meeting of Shareholders and director elections to

Veritec's shareholders in early February of 2007. Veritec sent a copy of these proxy materials to Wolodymyr Starosolsky.

15. On March 2, 2007, Veritec held an Annual Meeting of Shareholders at the offices of Lurie Besikof Lapidus & Company, LLP ("LBL&C"), 2501 Wayzata Boulevard, Minneapolis, Minnesota 55405. This annual meeting had two proposals that were voted upon. Proposal One was for the re-election of myself, Larry Matthews and Dean Westberg as directors of Veritec. Proposal Two recommended the appointment of LBL&C as Veritec's independent registered public accounting firm. A quorum of votes existed, and Veritec's shareholders voted to approve both proposals.

16. Helen L. Laib and Steven Holtze left the Vertiec Board of Directors in December of 1999, and have not been Veritec directors since that time.

17. Jack Dahl resigned as Secretary and Chief Financial Officer of Veritec in or around March of 2000.

18. Attached hereto as Exhibit A is a true and correct copy of Form 10-KSB for the fiscal year ended June 30, 2006 that Veritec filed with the SEC on or about November 15, 2006.

19. Attached hereto as Exhibit B is a true and correct copy of Schedule 14A that Veritec filed with the SEC on or about November 8, 1999. Veritec distributed the proxy solicitation included in this Schedule 14A to Veritec's shareholders on or about November 24, 1999.

20. Attached hereto as Exhibit C is a true and correct copy of the Order and Notice Confirming Plan and Fixing Time Limits entered by the United States Bankruptcy

Court for the District of Minnesota in Veritec's Minnesota Chapter 11 bankruptcy proceeding on or about April 26, 2006.

21. Attached hereto as Exhibit D is a true and correct copy of the Order and Final Decree Closing Chapter 11 Case entered by the United States Bankruptcy Court for the District of Minnesota in Veritec's Minnesota Chapter 11 bankruptcy proceeding on or about August 8, 2006.

22. Attached hereto as Exhibit E is a true and correct copy of the Schedule 14A that Veritec filed with the SEC on or about February 7, 2007.

Further affiant sayeth not.

s/ Van Thuy Tran

Van Thuy Tran