**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Wolodymyr M. Starosolsky,

Plaintiff,

v.

Veritec, Inc., Van Thuy Tran, Jack E. Dahl, Larry Matthews, Helen L. Laib, Steven Holtze, Larry Johannes and The Matthews Group, L.L.C.,

Defendants.

Civil File No. 00-2760 MJD/AJB

**CERTIFICATE OF SERVICE**

---

I hereby certify that on May 3, 2007, I caused the following documents:

1. **Defendants' Motion for Summary Judgment**
2. **Defendant's Memorandum of Law in Support of Defendants' Motion for Summary Judgment**
3. **L.R. 7.1(c) Word Count Compliance Certificate**
4. **Affidavit of Van Thuy Tran in Support of Defendant's Motion for Summary Judgment, with Exhibits A – E**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Joseph W. Dicker, Esq.**
**joe@joedickerlaw.com**

I hereby further certify that on May 3, 2007, I e-mailed a [Proposed] Order Granting Defendants' Motion for Summary Judgment to The Honorable Michael J. Davis at davis_chambers@mnd.uscourts.gov and served the same upon all parties in same manner as described above.

Dated: May 3, 2007

s/ David R. Crosby

David R. Crosby (# 237693)
LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657

*Attorney for Defendants Veritec, Inc., Van Thuy Tran, Jack E. Dahl, Larry Matthews, Helen L. Laib, Steven Holtze, Larry Johannes and The Matthews Group, L.L.C.*