**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Wolodymyr M. Starosolsky,

Plaintiff,

v.

Veritec, Inc., Van Thuy Tran, Jack E. Dahl, Larry Matthews, Helen L. Laib, Steven Holtze, Larry Johannes and The Matthews Group, L.L.C.,

Defendants.

Case No. 00-cv-2760 MJD/AJB

**DEFENDANTS' NOTICE OF HEARING ON MOTION FOR SUMMARY JUDGMENT**

---

TO: Plaintiff by his attorney of record, Joseph W. Dicker, Esq., Joseph W. Dicker, P.A., 1406 West Lake Street, Suite 208, Minneapolis, MN 55408.

**PLEASE TAKE NOTICE** that on Friday, July 6, 2007, at 9:00 a.m., or at such other time as counsel may be heard by the Court, the undersigned attorney for Defendants Veritec, Inc., Van Thuy Tran, Jack E. Dahl, Larry Matthews, Helen L. Laib, Larry Johannes and The Matthews Group, LLC ("Defendants"), will move the Court before the Honorable Michael J. Davis, United States District Court Judge, Courtroom 14E, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, for an order granting summary judgment for Defendants and dismissing the First Amended and Restated Complaint in its entirety.

Pursuant to instructions from the Court, the following briefing schedule on Defendants' Motion for Summary Judgment is established:

- Plaintiff's opposition brief is due May 24, 2007, by 12:00 noon; and
- Defendants' reply brief is due June 4, 2007, by 12:00 noon.

Dated: May 4, 2007

s/ David R. Crosby

David R. Crosby (# 237693)
LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657

*Attorney for Defendants Veritec, Inc., Van Thuy Tran, Jack E. Dahl, Larry Matthews, Helen L. Laib, Steven Holtze, Larry Johannes and The Matthews Group, L.L.C.*