**Joseph W. Dicker, P.A.**
*attorney at law*
Suite 208
1406 West Lake Street
Minneapolis, MN 55408
Phone: (612) 827-5941
Fax: (612) 822-1873
Email: joe@joedickerlaw.com

May 18, 2007

Honorable Michael J. Davis
Judge of U.S. District Court
Room 14E U.S. District Court
300 South Fourth Street
Minneapolis, MN 55415

**RE: Wolodymyr M. Starosolsky vs. Veritec, Inc., et al.**
**Civil Court File No. 00-2760 MJD/JGL**

Dear Judge Davis:

I write to request modification of the court's scheduling order relating to the Defendants' pending motion for summary judgment in the above-referenced action. I write for two reasons.

First, the Plaintiff also intended to bring a motion for summary judgment and we believe that it would be practical and most efficient if the cross motions for summary judgment were heard at the same time.

Secondly, because of pre-existing trial and vacation schedules, it would nearly impossible for me to comply with the court's scheduling order and serve and file the Plaintiff's motion for summary judgment as well as serve and file a response to the pending motion in order to be able to have both motions heard on the currently scheduled date and time.

I proposed to David Crosby, Esq., Defendants' counsel (and hereby confirm that Mr. Crosby does not object to this proposal) that:

1. Defendants' motion for summary judgment shall be rescheduled to coincide with a to-be-scheduled hearing on Plaintiff's motion for summary judgment.
2. Plaintiff will serve and file his response to Defendants' motion on or before June 15, 2007.
3. Plaintiff will serve and file his motion for summary judgment and all related moving papers by June 15, 2007.
4. Defendants serve and file their to reply to Plaintiff's response to the Defendants' motion for summary judgment and their response to the Plaintiff's motion for summary judgment by July 30, 2007.

5. Plaintiff's reply to the Defendants' response to the Plaintiff's motion for summary judgment shall be served and filed by August 13, 2007.

I hope these arrangements are satisfactory to the court. I respectfully request that the court modify its scheduling order with respect to the Defendant's pending motion for summary judgment consistent with these arrangements.

Thank you for your kind consideration

Very truly yours,

**Joseph W. Dicker, P.A.**

Joseph W. Dicker

JWD/jlt

cc: David Crosby, Esq. (via fax)