UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 00-2760 (MJD/AJB)

WOLODYMRY M. STAROSOLSKY,

Plaintiffs,

v. ORDER

VERITEC, INC., ET AL

Defendants.

Plaintiff has filed a letter with a proposed briefing schedule [docket #65] in the above captioned case. Defendant does not oppose the new briefing schedule.

The Court will grant the proposed briefing schedule. The new deadlines are as follows:

Plaintiff's Motion for Summary shall be served and filed by June 15, 2007 by noon CST

Plaintiff's response to defendant's motion for summary judgment is due June 15, 2007 by noon CST

Defendant's will serve and file their reply to Plaintiff's response to the Defendant's motion for summary judgment and their response to the Plaintiff's summary judgment by July 30, 2007 by noon CST

All reply briefs to both summary judgment motions shall be served and filed by August 13, 2007 by noon CST

The motions hearing for cross summary judgment will be held on Friday, September 7, 2007 at 9:00 a.m. before Judge Michael J. Davis in Courtroom 14E.

Dated: May 21, 2007

s/Michael J. Davis
MICHAEL J. DAVIS
United States District Court Judge