**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Wolodymyr M. Starosolsky,

Plaintiff,

vs. Civil File No. 00-2760MJD/JGL

Veritec, Inc., a Nevada corporation; Van Thuy Tran, an individual; Jack E. Dahl, an individual; Larry Matthews, an individual; Helen L. Laib, an individual; Steven Holtze, an individual; Larry Johannes, an individual, and The Matthews Group, LLC, a Minnesota limited liability Company,

Defendants.

## LOCAL RULE 7.1(c) CERTIFICATE

Pursuant to Rule 7.1(c) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned hereby certifies that:

- The Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment dated June 15, 2007 ("Memorandum"), complies with the length limitation of this Rule and the type size limitation of LR7.1(e).
- The Memorandum contained 2,698 words.

- The word processing software used to prepare the Memorandum is MS Office Word 2003.

Respectfully submitted,

**Joseph W. Dicker, P.A.**

Dated: June 15, 2007

/e/ Joseph W. Dicker

Joseph W. Dicker (158264)
Suite 208
1406 West Lake Street
Minneapolis, MN 55408
Telephone: (612) 827-5941

**Attorney for Plaintiff**