**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Wolodymyr M. Starosolsky,

Plaintiff,

vs. Civil File No. 00-2760MJD/JGL

Veritec, Inc., a Nevada corporation; Van Thuy Tran, an individual; Jack E. Dahl, an individual; Larry Matthews, an individual; Helen L. Laib, an individual; Steven Holtze, an individual; Larry Johannes, an individual, and The Matthews Group, LLC, a Minnesota limited liability Company,

**Defendants,**

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June, 2007, I caused the following documents:

- Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment;
- Affidavit of Wolodymyr Starosolsky; and
- Local Rule 7.1(c) Certificate.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

David R. Crosby, Esq. david.crosby@leonard.com

Respectfully submitted,

Dated: June 15, 2007

**Joseph W. Dicker, P.A.**
/e/ Joseph W. Dicker
Joseph W. Dicker (158264)
Suite 208
1406 West Lake Street
Minneapolis, MN 55408
Telephone: (612) 827-5941
**Attorney for Plaintiff**