**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Wolodymyr M. Starosolsky,

Plaintiff,

v.

Veritec, Inc., Van Thuy Tran, Jack E. Dahl, Larry Matthews, Helen L. Laib, Steven Holtze, Larry Johannes and The Matthews Group, L.L.C.,

Defendants.

Civil File No. 00-2760 MJD/AJB

**CERTIFICATE OF SERVICE**

---

I hereby certify that on July 30, 2007, I caused the following documents:

- **Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment;**
- **L.R. 7.1(c) Word Count Compliance Certificate; and**
- **Affidavit of Curtis D. Ripley in Support of Defendants' Reply Memorandum of Law in Support of Summary Judgment;**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Joseph W. Dicker, Esq.**
**joe@joedickerlaw.com**

Dated: July 30, 2007

s/ Curtis D. Ripley

David R. Crosby (# 237693)
LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657

*Attorney for Defendants Veritec, Inc., Van Thuy Tran, Jack E. Dahl, Larry Matthews, Helen L. Laib, Steven Holtze, Larry Johannes and The Matthews Group, L.L.C.*