# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | | |
|---|---|---|
| Wolodymry Starosolsky, | ) | **COURT MINUTES** |
| | ) | BEFORE: Michael J. Davis |
| Plaintiff, | ) | U.S. District Judge |
| | ) | |
| v. | ) | Case No: 00cv2760 MJD/AJB |
| | ) | Date: September 7, 2007 |
| Veritec, Inc., | ) | Deputy: Susan Schempf |
| | ) | Court Reporter: Lori Simpson |
| Defendant. | ) | Time Commenced: 09:18 a.m. |
| | ) | Time Concluded: 09:36 a.m. |
| | ) | Time in Court: 18 Minutes |

Hearing on: Motion for Summary Judgment [60]

APPEARANCES:

Plaintiff: Joseph Dicker
Defendant: Curtis Ripley, David Crosby

PROCEEDINGS:

☒ Summary Judgment Motion argued and taken under advisement:

**IT IS ORDERED:

☒ **Submitted**
☒ Written order forthcoming.

s/Susan Schempf
Judicial Assistant