✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Wolodymyr M. Starosolsky

V.

Veritec, Inc. et al.

## JUDGMENT IN A CIVIL CASE

Case Number: 00-2760

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Defendant's Motion for Summary Judgment [Doc No. 60] is GRANTED. Plaintiff's First and Eighth Claims for Relief are DISMISSED WITH PREJUDICE, and the remaining state law claims are dismissed without prejudice.

September 19, 2007
Date

RICHARD D. SLETTEN, CLERK

s/J. Dunbar Fannemel
(By) J. Dunbar Fannemel, Deputy Clerk